**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

————

No. 99-40258
Summary Calendar

————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SYLVESTER COLEMAN, JR.,

Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:98-CR-86-1

March 16, 2000

Before HIGGINBOTHAM, DeMOSS and STEWART, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender, appointed to represent Sylvester Coleman, Jr., has filed a motion to withdraw and a brief as required by Anders v. California, 386 U.S. 738 (1967). Coleman has not filed a response. Our independent review of the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.